# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**)<br>*(Changes Identified with Asterisks (*))* |
| v. | Case Number: 12-cr-00365-RBJ-01 |
| | USM Number: 44950-177 |
| DAVID JOSEPH REZENDES<br>a/k/a Joseph David Rezendes<br>a/k/a Joe Rezendes | Edward R. Harris, AFPD<br>(Defendant's Attorney) |

**Date of Original Judgment: July 9, 2015**
**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

**\* THE DEFENDANT:** Was found guilty of violations 1 and 2 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Answer Truthfully all Inquires of the Probation Officer and Follow the Instructions of the Probation Officer | 02/13/15 |
| 2 | Failure to Submit Computer, Property, or Electronic Communication Devices to a Search Conducted by the United States Probation | 02/13/15 |

   The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 8, 2015
Date of Imposition of Judgment

*/s/ R. Brooke Jackson*
Signature of Judge

R. Brooke Jackson, U.S. District Judge
Name & Title of Judge

7-13-15
Date

DEFENDANT: DAVID JOSEPH REZENDES  
CASE NUMBER: 12-cr-00365-RBJ-01  
Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) year.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal